IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TRAVIS LEROY BALL,** | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 5:23-cv-98-MTT-CHW |
| **Sheriff DAN KILGORE,** | : | |
| **Defendant.** | : | |

## ORDER

Plaintiff Travis Leroy Ball, a prisoner in the Coffee Correctional Facility in Nicholls, Georgia, filed a 42 U.S.C. § 1983 action. ECF No. 1. He moved to proceed *in forma pauperis* but failed to include a certified copy of his trust fund account statement. ECF No. 2. On April 3, 2023, the Court ordered Plaintiff to provide a certified copy of his trust fund account statement, which should include a copy of his transactions for the past six months. ECF No. 4. Plaintiff failed to respond. On April 28, 2023, the Court ordered Plaintiff to show cause why his action should not be dismissed for failure to follow the Court's April 3, 2023 Order. ECF No. 5. Plaintiff was given fourteen days to respond but failed to do so.

Plaintiff notified the Court that he was transferred to the Georgia Diagnostic and Classification Prison in Jackson, Georgia and later to the Coffee Correctional Facility in Nicholls, Georgia. ECF Nos. 6; 8. Plaintiff did not receive a copy of the April 28, 2023 Order to Show Cause due to his transfers. ECF No. 9. The Court, therefore, mailed

Plaintiff a second Order to Show Cause giving him fourteen days to provide a certified copy of his trust fund account statement or explain why he was unable to do so and ordering him to provide additional information regarding his claim.  ECF No. 7.  Plaintiff has not responded to the May 19, 2023 second Order to Show Cause.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Ctny. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 27th day of June, 2023.

S/ Marc T. Treadwell

MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT